IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00435-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. YAGUANG QI,
   a/k/a "James Qi,"

    Defendant.

---

**MOTION FOR WAIVER OF PRESENTENCE INVESTIGATION REPORT AND REQUEST FOR IMMEDIATE SENTENCING AT CHANGE OF PLEA HEARING**

---

The United States of America respectfully requests that the Court waive the Presentence Investigation Report requirement of Federal Rule of Criminal Procedure 32(c) and set the defendant's Sentencing Hearing for the same date as his Change of Plea Hearing. In support of this motion, the government states as follows.

1. Undersigned counsel has conferred with defense counsel, Mr. Lawrence Hill, who agrees with the requested relief and joins this motion.

2. The parties have agreed to the terms of the attached Plea Agreement, which they will submit for the Court's approval at the Change of Plea Hearing. *See* Exhibit 1. As stated therein, the defendant is a foreign national and citizen of the People's Republic of China. In October 2019, the defendant travelled to the United

States to participate in a trade exhibition for his employer, a Chinese chemical company, where law enforcement arrested the defendant on the warrant issued in this case.  The United States District Court for the District of Nevada ordered the defendant detained based on the court's conclusion that the defendant was a flight risk.  The defendant has remained in custody since his arrest.

3. The Presentence Investigation Report requirement set forth in Federal Rule of Criminal Procedure 32 may be waived where the Court "finds that the information in the record enables it to meaningfully exercise its sentencing authority under 18 U.S.C. §3553, and the court explains its finding on the record."  Fed. R. Crim. P. 32 (c)(1)(A)(ii).  That is the case here.  The circumstances of the offense, including all relevant conduct, are stated in detail in the stipulated facts of the Plea Agreement. The Plea Agreement summarizes the discovery in this case, which is fairly discrete. Additionally, the government will file a motion in support of its sentencing recommendation, which will provide additional information regarding the defendant's circumstances.  Finally, because the defendant is a Chinese national who has only infrequently visited the United States, there is very little investigation the Probation Department can undertake—the defendant's job, history, friends, family, and connections are all in China.

4. For these reasons, the parties respectfully request that the Court waive the Presentence Investigation Report requirement of Federal Rule of Criminal

Procedure 32 and set the defendant's Sentencing Hearing to occur immediately following his Change of Plea Hearing.

Respectfully submitted this 9th day of December, 2019.

        Jason R. Dunn
        United States Attorney

By: /s/ Anna K. Edgar
     Anna K. Edgar
     Assistant United States Attorney
     1801 California Street, Suite 1600
     Denver, Colorado 80202
     Telephone: 303-454-0200
     Facsimile: 303-454-0402
     E-mail: Anna.Edgar@usdoj.gov
     Attorney for the United States

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 9th day of December, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                  By: */s/ Kayla Keiter*
                                                      Kayla Keiter
                                                      Legal Assistant
                                                      U.S. Attorney's Office